THOMAS P. O'BRIEN
United States Attorney
LEON W. WEIDMAN
Assistant United States Attorney
NANCY M. LISEWSKI
Special Assistant United States Attorney

333 Market Street, Suite 1500
San Francisco, California 94105
Telephone: (415) 977-8943
Facsimile: (415) 744-0134
E-Mail: nancy.lisewski@ssa.gov

Attorneys for Defendant

FILED
CLERK, U.S. DISTRICT COURT

APR 17 2008

CENTRAL DISTRICT OF CALIFORNIA
BY_____ DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

CRAIG GUNNETTE,

          Plaintiff,

               v.

MICHAEL J. ASTRUE,
Commissioner of
Social Security,

          Defendant.

)
)
)
)
)
)
)
)
)
)
)
)

CIVIL NO. CV 07-7897 CT

JUDGMENT OF REMAND

The Court having approved the parties' Stipulation to Voluntary Remand Pursuant to Sentence 4 of 42 U.S.C. § 405(g) and to Entry of Judgment ("Stipulation of Remand") lodged concurrent with the lodging of the within Judgment of Remand.

**IT IS HEREBY ORDERED, ADJUDGED AND DECREED** that the above-captioned action is remanded to the Commissioner of Social Security for further proceedings consistent with the Stipulation of Remand.

Dated: 4/17, 2008

_____
CAROLYN TURCHIN
UNITED STATES MAGISTRATE JUDGE