UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CRAIG GUNNETTE,<br><br>        Plaintiff,<br><br>    v.<br><br>MICHAEL J. ASTRUE, Commissioner of Social Security,<br><br>        Defendant. | Case No. CV 07-7897-CT<br><br>JUDGMENT |

Pursuant to the order of the court, **IT IS ADJUDGED** that the petition for attorney's fees pursuant to 42 U.S.C. § 1383 (d) (2) (A) be **GRANTED** as follows and otherwise DENIED: Counsel is awarded attorneys' fees in the amount of $6,700.00 for representation of plaintiff before this court. Counsel shall refund to plaintiff the amount of $2,200.00, which represents fees counsel previously received under the Equal Access to Justice Act.

DATED: May 26, 2009

_____
CAROLYN TURCHIN
UNITED STATES MAGISTRATE JUDGE