UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| CRAIG GUNNETTE, | ) | Case No. CV 07-7897-CT |
| Plaintiff, | ) ) | |
| v. | ) ) | JUDGMENT |
| MICHAEL J. ASTRUE, Commissioner of Social Security, | ) ) ) ) | |
| Defendant. | ) ) ) | |

Pursuant to the order of the court, **IT IS ADJUDGED** that the petition for attorney's fees pursuant to 42 U.S.C. § 1383 (d) (2) (A) be **GRANTED**. Counsel is awarded attorneys' fees in the amount of $9,000.00 for representation of plaintiff before this court. Counsel shall refund to plaintiff the amount of $2,200.00, which represents fees counsel previously received under the Equal Access to Justice Act.

DATED: Nov. 30, 2009

_____
CAROLYN TURCHIN
UNITED STATES MAGISTRATE JUDGE